# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE (PORTLAND)

| | |
|---|---|
| IN RE:<br><br>JULION A PARKER<br>*FKA JULION I LIMA*<br><br>DEBTOR | BK No.: 23-20218<br><br>Chapter 7 |
| ALLIED FIRST BANK, SB DBA SERVBANK, MOVANT<br><br>vs.<br><br>JULION A PARKER<br>*FKA JULION I LIMA*<br><br>DEBTOR<br><br>&<br><br>JEFFREY PIAMPIANO, ESQ., TRUSTEE<br><br>RESPONDENTS | |

<u>ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)</u>

This matter having come before the Court on the Motion for Relief from Automatic Stay (the "Motion") filed by Allied First Bank, SB dba Servbank (together with its successors, affiliates, principals, and assigns, "Movant"), and good cause having been shown, and the Debtor having consented, and proper notice having been given, it is hereby

ORDERED, ADJUDGED AND DECREED

(1)  that the Motion is granted; and

(2)  that the Trustee is directed to cease making any further distributions to the

23-29198 BKMFR01

      Movant; and

(3)    that Movant is granted relief from the section 362 automatic stay and the stay imposed by Bankruptcy Procedure 4001(a)(3) for the purpose of exercising its non-bankruptcy rights and remedies under its agreements with the Debtor and under applicable law, including, without limitation, (a) taking possession of the property described as 2 Bonny Eagle Road, Hollis Center, Maine 04042 (the "Property"); (b) foreclosing its mortgage thereon or obtaining a deed-in-lieu of foreclosure; and (c) seeking to obtain, if necessary, eviction of the Debtor and any occupant from the Property.

Dated:  November 28, 2023

      /s/ Peter G. Cary
      Chief Judge Peter G. Cary
      U.S. Bankruptcy Court

23-29198 BKMFR01