UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (PORTLAND)

* * * * * * * * * * * * * * * * * * * * *

In Re:

Julion A. Parker

        Debtor.

* * * * * * * * * * * * * * * * * * * * *

Huntington National Bank

        Movant.

v.

Julion A. Parker

and

Jeffrey T. Piampiano, Chapter 7 Trustee

        Respondents.

CHAPTER 7 PROCEEDING

CASE NO. 23-20218-PGC

* * * * * * * * * * * * * * * * * * * * *

## MOTION OF HUNTINGTON NATIONAL BANK
## FOR RELIEF FROM THE AUTOMATIC STAY

Huntington National Bank (hereinafter referred to as "Movant"), a secured creditor, hereby moves this Court for Relief from the Automatic Stay pursuant to Bankruptcy Rules 4001 and 9014 and 11 U.S.C. Section 362(d) as to permit it to enforce any and all of its applicable rights and remedies under the applicable law including, but not limited to, repossession, recovery, and/or resale of a *2019 Jaguar F-Pace* (the "Vehicle") owned by Julion A. Parker (the "Debtor"), which has a Vehicle Identification Number of SADCK2FX5KA396645.

In support of this Motion, Movant states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(G). This case relates to a case under Title 11 of the

United States Code (the "Bankruptcy Code").  This proceeding is a "core" proceeding as this term is defined in the Code.

2. On October 18, 2023, the Debtor filed a voluntary Chapter 7 Petition in Bankruptcy.

3. Movant has a valid perfected lienholder interest on the Vehicle.  A copy of the State of Maine Bureau of Motor Vehicles Certificate of Title is annexed hereto and marked Exhibit A.

4. The lienholder interest on the Vehicle was given to Movant to secure a Retail Installment Sale Contract (the "Contract") in the original principal amount of $47,654.60 and dated June 5, 2021.  The Contract covered the acquisition and financing of the Vehicle.  Pursuant to the terms of the Contract, monthly payments are $767.70/month for a period of 72 months (beginning July 20, 2021).  A copy of the Contract is annexed hereto and marked Exhibit B.

5. The total amount owed under the Agreement is approximately $41,673.82 (as of November 28, 2023), inclusive of principal and interest.

6. The Debtor's Statement of Intention indicates that the Property is to be surrendered.

7. According to the Debtor's Schedules, the approximate fair market value of the Vehicle is approximately $25,000.00.

8. There is no other collateral securing the Agreement and Movant knows of no other encumbrances on the Vehicle.

9. Movant respectfully submits that cause exists to grant Movant relief from the automatic stay under 11 U.S.C. § 362(d) given that (1) the Debtor is in default under the terms of the Agreement; and (2) any protection Movant may have in the Vehicle is eroding.

WHEREFORE, Movant requests that this Honorable Court:

a)  Grant Movant relief from the automatic stay pursuant to 11 U.S.C. §
    362(d)(1) and (2) to enforce any and all of its applicable rights and remedies
    under the applicable law including, but not limited to, repossession,
    recovery and resale of the Vehicle;

b)  In the alternative, order the Debtor to provide Movant with adequate
    protection of its claim; and/or

c)  Grant such other Relief as this Honorable Court may deem just.

Date:  December 7, 2023                    Respectfully submitted,
                                           Huntington National Bank
                                           By its attorney,

                                           /s/ Marcus E. Pratt
                                           Marcus E. Pratt, Esquire
                                           Korde & Associates, P.C.
                                           900 Chelmsford Street, Suite 3102
                                           Lowell, MA 01851
                                           Tel: (978) 256-1500
                                           bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (PORTLAND)

* * * * * * * * * * * * * * * * * * * * *

In Re:

Julion A. Parker

        Debtor.

* * * * * * * * * * * * * * * * * * * * *

Huntington National Bank

        Movant.

v.

Julion A. Parker

and

Jeffrey T. Piampiano, Chapter 7 Trustee

        Respondents.

* * * * * * * * * * * * * * * * * * * * *

CHAPTER 7 PROCEEDING

CASE NO. 23-20218-PGC

**ORDER**

    This matter came for hearing before this Court upon the Motion for Relief from Stay filed by Huntington National Bank (the "Movant").  Upon proper notice, preliminary hearing, opportunity for final hearing and/or consent of the parties, it is

    **ORDERED** that relief from the automatic stay imposed by 11 U.S.C. § 362 be, and hereby is, granted to allow Huntington National Bank, its successors and assigns, to proceed to enforce its rights and remedies under state law arising from the loan and security agreement described in the Motion with respect to a *2019 Jaguar F-Pace* (VIN SADCK2FX5KA396645) (the "Vehicle") owned by Julion A. Parker (the "Debtor"), and to take such actions with respect to said Vehicle as may be allowed under non-bankruptcy law.

    Rule 4001(a)(3) is not applicable and this order may be immediately enforced and implemented.

Dated:                          _____

                         United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (PORTLAND)

* * * * * * * * * * * * * * * * * * * * *

In Re:

Julion A. Parker

       Debtor.

* * * * * * * * * * * * * * * * * * * * * *

Huntington National Bank

       Movant.

v.

Julion A. Parker

and

Jeffrey T. Piampiano, Chapter 7 Trustee

       Respondents.

CHAPTER 7 PROCEEDING

CASE NO. 23-20218-PGC

* * * * * * * * * * * * * * * * * * * * *

**NOTICE OF PRELIMINARY HEARING**

Please take notice that a preliminary telephonic hearing upon the attached Motion for Relief from Stay will be held on **January 9, 2024** at **9:00 a.m.**  This hearing will be conducted at the United States Bankruptcy Court for the District of Maine located at 537 Congress Street, 2nd Floor, Portland, Maine 04101.  If you intend to participate in the hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the hearing.

You must file an answer to the Motion admitting or denying each allegation contained therein, with the Clerk of the U.S. Bankruptcy Court for the District of Maine, 537 Congress Street, 2nd Floor, Portland, Maine 04101 with a copy to counsel for the Movant and other parties in interest on or before the response date of **January 2, 2024**.  If you fail to respond in accordance with this notice, the relief requested may be granted by default without further notice and hearing.

Dated:  December 7, 2023

                      /s/ Marcus E. Pratt
                      Marcus E. Pratt, Esquire
                      Korde & Associates, P.C.

900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (PORTLAND)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:

Julion A. Parker

        Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Huntington National Bank

        Movant.            CHAPTER 7 PROCEEDING

v.                          CASE NO. 23-20218-PGC

Julion A. Parker

and

Jeffrey T. Piampiano, Chapter 7 Trustee

        Respondents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I, Marcus E. Pratt, Attorney for **Huntington National Bank and/or its successors and assigns** hereby certify that on December 7, 2023, I electronically filed the foregoing *Motion for Relief from Automatic Stay and Proposed Order* with the United States Bankruptcy Court for the District of Maine using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of U.S. Trustee
Jeffrey T. Piampiano, Trustee
Joseph L. Goodman, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Julion A. Parker
2 Bonny Eagle Road
Hollis Center, ME 04042

                        /s/ Marcus E. Pratt
                        Marcus E. Pratt, Esquire

Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com