UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (PORTLAND)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In Re:

Julion A. Parker

      Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Huntington National Bank

      Movant.

v.

Julion A. Parker

and

Jeffrey T. Piampiano, Chapter 7 Trustee

      Respondents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHAPTER 7 PROCEEDING

CASE NO. 23-20218-PGC

**ORDER**

      This matter came before this Court upon the Motion for Relief from Stay filed by Huntington National Bank (the "Movant"). Upon proper notice and opportunity for hearing, no objections having been filed, and the Court having determine no hearing is necessary, it is

      **ORDERED** that relief from the automatic stay imposed by 11 U.S.C. § 362 be, and hereby is, granted to allow Huntington National Bank, its successors and assigns, to proceed to enforce its rights and remedies under state law arising from the loan and security agreement described in the Motion with respect to a *2019 Jaguar F-Pace* (VIN SADCK2FX5KA396645) (the "Vehicle") owned by Julion A. Parker (the "Debtor"), and to take such actions with respect to said Vehicle as may be allowed under non-bankruptcy law.

      Rule 4001(a)(3) is not applicable and this order may be immediately enforced and implemented.

Dated: January 8, 2024

/s/ Peter G. Cary
United States Bankruptcy Judge